IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SAM RAYMOND** **PLAINTIFF(S)**

**V.** **CIVIL ACTION NO. 3:22-CV-21-MPM-DAS**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT(S)**

## ORDER

This matter is before the court on the motion of the Commissioner's motion to remand this case pursuant to sentence four of section 205(g). The unopposed motion is granted and this case remanded for further administrative action.

**SO ORDERED AND AJDUDGED** this the 19th day of May, 2022.

                                         **/s/ Michael P. Mills**
                                         **UNITED STATES DISTRICT JUDGE**
                                         **NORTHERN DISTRICT OF MISSISSIPPI**